UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23182-DPG

HOWARD COHAN,

    Plaintiff,

vs.

ODYSSEY PROPCO VII, LLC
a Foreign Limited Liability Company
d/b/a HAMPTON INN AND SUITES MIAMI

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, ODYSSEY PROPCO VII, LLC, a Foreign Limited Liability Company, d/b/a HAMPTON INN AND SUITES MIAMI, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 2, 2022.

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | By: /s/ Dawn M. Rapoport, Esq. |
| Gregory S. Sconzo, Esq. | Dawn M. Rapoport, Esq. |
| Florida Bar No.: 0105553 | FBN: 13176 |
| Samantha L. Simpson, Esq. | 1314 E Las Olas Blvd. #121 |
| Florida Bar No.: 1010423 | Fort Lauderdale, FL 33301 |
| Sconzo Law Office, P.A. | Phone: (754) 333-1105 |
| 3825 PGA Boulevard, Suite 207 | Primary email: dawn@rapoportlawgroup.com |
| Palm Beach Gardens, FL 33410 | *Counsel for Defendant* |
| Telephone: (561) 729-0940 | |
| Facsimile: (561) 491-9459 | |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                   /s/ Gregory S. Sconzo
                                                                 **Gregory S. Sconzo, Esq.**