UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23182-DPG

HOWARD COHAN,

    Plaintiff,

vs.

ODYSSEY PROPCO VII, LLC
a Foreign Limited Liability Company
d/b/a HAMPTON INN AND SUITES MIAMI

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, ODYSSEY PROPCO VII, LLC, a Foreign Limited Liability Company, d/b/a HAMPTON INN AND SUITES MIAMI, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against ODYSSEY PROPCO VII, LLC, a Foreign Limited Liability Company, d/b/a HAMPTON INN AND SUITES MIAMI; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED January 3, 2023.

By: /s/ Gregory S. Sconzo
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: /s/ Dawn M. Rapoport, Esq.
Dawn M. Rapoport, Esq.
FBN: 13176
1314 E Las Olas Blvd. #121
Fort Lauderdale, FL 33301
Phone: (754) 333-1105
Primary email: dawn@rapoportlawgroup.com
*Counsel for Defendant*

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    **/s/ Gregory S. Sconzo**
                                                   **Gregory S. Sconzo, Esq.**